| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Todd Edward Randall** | |
| | First Name  Middle Name  Last Name | |
| Debtor 2 | **Tracy Janette Randall** | |
| (Spouse if, filing) | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | |
| Case number (if known) | **19-14119** | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:  List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|---|
| 2.1 | **America First Credit Union**<br>Creditor's Name | Describe the property that secures the claim: | $12,681.00 | $8,500.00 | $4,181.00 |
| | | **2012 Honda Civic 60000 miles Model: SI. Trade-in value $8500 per KBB.** | | | |
| | **PO Box 9199**<br>**Ogden, UT 84409**<br>Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>■ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset) _____ | | | |
| | Date debt was incurred _____ | Last 4 digits of account number  **7335** | | | |

| Debtor 1 | **Todd Edward Randall** | | | Case number (if known) | **19-14119** | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |
| Debtor 2 | **Tracy Janette Randall** | | | | | |
| | First Name | Middle Name | Last Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.2 | **FreedomRoad Financial** | Describe the property that secures the claim: | $5,255.64 | $6,171.00 | $0.00 |
| | Creditor's Name | **2018 KTM 500 EXC-F Motorcycle** <br> **500 EXC-Value $8825 per KBB.F** <br> **10000 miles** <br> **Trade in value: $6170 per KBB.** | | | |
| | **PO Box 4597** <br> **Hinsdale, IL 60522-4597** | As of the date you file, the claim is: Check all that apply. | | | |
| | Number, Street, City, State & Zip Code | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ■ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ■ Check if this claim relates to a community debt | ■ An agreement you made (such as mortgage or secured car loan) <br> ☐ Statutory lien (such as tax lien, mechanic's lien) <br> ☐ Judgment lien from a lawsuit <br> ☐ Other (including a right to offset) _____ | | | |
| | **Date debt was incurred** 2018 | **Last 4 digits of account number** 1791 | | | |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$17,936.64** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$17,936.64** |

**Part 2: List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | | | |
|---|---|---|---|
| **Fill in this information to identify your case:** | | | |
| Debtor 1 | **Todd Edward Randall** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tracy Janette Randall** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number | **19-14119** | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **IRS Internal Revenue Service** — Last 4 digits of account number **2996** | **$2,288.11** | **$2,288.11** | **$0.00** |

Priority Creditor's Name
**POB 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?   **unknown**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
   **unpaid taxes**

| Debtor 1 | **Todd Edward Randall** | | | | |
|---|---|---|---|---|---|
| Debtor 2 | **Tracy Janette Randall** | Case number (if known) | **19-14119** | | |

| 2.2 | **IRS Internal Revenue Service** | Last 4 digits of account number | **7624** | **$6,568.59** | **$2,748.45** | **$3,820.14** |

Priority Creditor's Name
**POB 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? **12.31.2008**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ **Check if this claim is for a community debt**

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

**Unpaid taxes.**

| 2.3 | **IRS Internal Revenue Service** | Last 4 digits of account number | **7624** | **$9,601.84** | **$4,931.00** | **$4,670.84** |

Priority Creditor's Name
**POB 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? **12.31.2009**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ **Check if this claim is for a community debt**

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

**UNPAID TAXES, INTEREST & PENALTIES**

| 2.4 | **IRS Internal Revenue Service** | Last 4 digits of account number | **7624** | **$6,201.85** | **$4,022.00** | **$2,179.85** |

Priority Creditor's Name
**POB 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? **12.31.2010**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ **Check if this claim is for a community debt**

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

**UNPAID TAXES**

---

**Part 2:** **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| Debtor 1 | Todd Edward Randall | | |
| Debtor 2 | Tracy Janette Randall | Case number (if known) | 19-14119 |

| 4.1 | **Associated Emergency Physician** | Last 4 digits of account number | **Unknown.** | **$48.80** |

Nonpriority Creditor's Name
**429 SW 41st St**
**Renton, WA 98057**
Number Street City State Zip Code

**When was the debt incurred?** **9/26/2014**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical services.**

---

| 4.2 | **Cigna** | Last 4 digits of account number | **4800** | **$342.00** |

Nonpriority Creditor's Name
**7855 Goodwin Road**
**Chattanooga, TN 37421**
Number Street City State Zip Code

**When was the debt incurred?** **5/19/2-19**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Hospital Care**

---

| 4.3 | **Collection Bureau of America** | Last 4 digits of account number | **3407** | **$67.53** |

Nonpriority Creditor's Name
**25954 Eden Landing Road**
**1st Floor**
**Hayward, CA 94545**
Number Street City State Zip Code

**When was the debt incurred?** **unknown**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Unknown collection.**

---

| Debtor 1 | **Todd Edward Randall** | | | |
|---|---|---|---|---|
| Debtor 2 | **Tracy Janette Randall** | Case number (if known) | **19-14119** | |

| 4.4 | **Convergent Outsourcing Inc.** | Last 4 digits of account number | **7166** | **$244.75** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**800 SW 39th St.**
**PO Box 9004**
**Renton, WA 98057**
Number Street City State Zip Code

When was the debt incurred? **unknown**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only ← (filled)
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Puget Sound Energy bill.**

Note: Debtor 1 only is marked filled above.

| 4.5 | **FMS Inc** | Last 4 digits of account number | **Unknown** | **$15.49** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4915 S Union Ave**
**Tulsa, OK 74107**
Number Street City State Zip Code

When was the debt incurred? **Unknown**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Multicare Health collection.**

| 4.6 | **Highline Pathology** | Last 4 digits of account number | **4373** | **$44.83** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 34960**
**Seattle, WA 98124-1960**
Number Street City State Zip Code

When was the debt incurred? **Unknown**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Services.**

| Debtor 1 | **Todd Edward Randall** | | | |
|---|---|---|---|---|
| Debtor 2 | **Tracy Janette Randall** | Case number (if known) | **19-14119** | |

| 4.7 | **Millenium Laboratories** | Last 4 digits of account number | **7062** | **$446.74** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**16981 Via Tazon**
**San Diego, CA 92127-1645**
Number Street City State Zip Code

When was the debt incurred? **3/19/2013-5/15/2013**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Believed to be medical services.**

---

| 4.8 | **MoneyTree Inc.** | Last 4 digits of account number | **Unknown** | **$301.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**POB 58363**
**Seattle, WA 98138**
Number Street City State Zip Code

When was the debt incurred? **Unknown**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Unknown.**

---

| 4.9 | **Multicare** | Last 4 digits of account number | **4455** | **$63.75** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2600 Northloop Way**
**Suite 150**
**Houston, TX 77002-8915**
Number Street City State Zip Code

When was the debt incurred? **4/27/2017**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Medical services.**

| Debtor 1 | **Todd Edward Randall** | | | |
|---|---|---|---|---|
| Debtor 2 | **Tracy Janette Randall** | Case number (if known) | **19-14119** | |

| 4.10 | **OneMain** | Last 4 digits of account number | **Unknown.** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 183122**
**Columbus, OH 43218-3172**
Number Street City State Zip Code

When was the debt incurred? **Unknown**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **For information only on account believed closed.**

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

| 4.11 | **PFC** | Last 4 digits of account number | **Unknown** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1686**
**Greeley, CO 80632-1686**
Number Street City State Zip Code

When was the debt incurred? **Unknown**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Unknown.**

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

---

| 4.12 | **Professional Finance Co.** | Last 4 digits of account number | **1619** | **$317.06** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**918 10th St.**
**Greeley, CO 80631**
Number Street City State Zip Code

When was the debt incurred? **7/31/2018-12/24/2013**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Multicare Health Care collection.**

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

| Debtor 1 | **Todd Edward Randall** | | | |
|---|---|---|---|---|
| Debtor 2 | **Tracy Janette Randall** | Case number (if known) | **19-14119** | |

| 4.13 | **PSC Inc.** | Last 4 digits of account number | **unknown** | **$3,406.49** |

Nonpriority Creditor's Name
**c/o Retacco Law Offices, Inc.**
**30640 Pacific Hwy. S.**
**Suite C-1**
**Federal Way, WA 98003**
Number Street City State Zip Code

**When was the debt incurred?** **2/13/2014**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Judgment: Case No. 14-2-042001 KNT**

| 4.14 | **Puget Sound Collection** | Last 4 digits of account number | **Unknown** | **$114.00** |

Nonpriority Creditor's Name
**PO Box 66995**
**Tacoma, WA 98464-6995**
Number Street City State Zip Code

**When was the debt incurred?** **Unknown**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Multicare MedicaL Associates bill.**

| 4.15 | **Rev1 Homes Limited** | Last 4 digits of account number | **unknown** | **$8,425.00** |

Nonpriority Creditor's Name
**c/o Eller Firm PLLC**
**Atten: Travis Scott Eller**
**22525 SE 64th Pl. Suite 278**
**Issaquah, WA 98027**
Number Street City State Zip Code

**When was the debt incurred?** **5/24/2017**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Judgment in Case No.17-2-07289-3 KNT**

| Debtor 1 | **Todd Edward Randall** | | | |
|---|---|---|---|---|
| Debtor 2 | **Tracy Janette Randall** | Case number (if known) | **19-14119** | |

### 4.16 Sentry Credit
Nonpriority Creditor's Name
**2809 Grand Ave.**
**Everett, WA 98201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** **1859**   $134.84

**When was the debt incurred?** **unknown**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Puget Sound Energy Bill**

### 4.17 Smile Brands Finance, Inc.
Nonpriority Creditor's Name
**PO Box 54288**
**Irvine, CA 92619**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** **0637**   $2,119.19

**When was the debt incurred?** **unknown**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Dental services.**

### 4.18 Springleaf Financial
Nonpriority Creditor's Name
**1309 Auburn Way N**
**Auburn, WA 98002-4110**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** **Unknown.**   $0.00

**When was the debt incurred?** **Unknown.**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **For informartion only on accounct believed closed.**

| 4.19 | **State Collection Service** | Last 4 digits of account number | **Unknown** | $63.75 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2509 South Stoughton Rd**
**PO Box 6250**
**Madison, WI 53716**
Number Street City State Zip Code

When was the debt incurred? **Unknown.**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Collection account for Multicare.**

| 4.20 | **Tacoma General Hospital** | Last 4 digits of account number | **Unknown** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**315 Martin Luther King Jr. Way**
**Tacoma, WA 98405**
Number Street City State Zip Code

When was the debt incurred? **Unknown**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Services.**

| 4.21 | **TriMed Ambulance LLC** | Last 4 digits of account number | **8606** | $946.36 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**429 SW 41st St**
**Renton, WA 98057**
Number Street City State Zip Code

When was the debt incurred? **10/17/2014**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Ambulance services.**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

| Debtor 1 | **Todd Edward Randall** | | |
|---|---|---|---|
| Debtor 2 | **Tracy Janette Randall** | Case number (if known) | **19-14119** |

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 24,660.39 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 24,660.39 |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | **Student loans** | 6f. | $ | 0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 17,101.58 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 17,101.58 |

# United States Bankruptcy Court
## Western District of Washington

In re: **Todd Edward Randall**, **Tracy Janette Randall**, Debtor(s)

Case No. **19-14119**
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **November 19, 2019**     **/s/ Todd Edward Randall**
**Todd Edward Randall**
Signature of Debtor

Date: **November 19, 2019**     **/s/ Tracy Janette Randall**
**Tracy Janette Randall**
Signature of Debtor

AMERICA FIRST CREDIT UNION  
PO BOX 9199  
OGDEN, UT 84409

ASSOCIATED EMERGENCY PHYSICIAN  
429 SW 41ST ST  
RENTON, WA 98057

CIGNA  
7855 GOODWIN ROAD  
CHATTANOOGA, TN 37421

COLLECTION BUREAU OF AMERICA  
25954 EDEN LANDING ROAD  
1ST FLOOR  
HAYWARD, CA 94545

CONVERGENT OUTSOURCING INC.  
800 SW 39TH ST.  
PO BOX 9004  
RENTON, WA 98057

FMS INC  
4915 S UNION AVE  
TULSA, OK 74107

FREEDOMROAD FINANCIAL  
PO BOX 4597  
HINSDALE, IL 60522-4597

HIGHLINE PATHOLOGY  
PO BOX 34960  
SEATTLE, WA 98124-1960

IRS INTERNAL REVENUE SERVICE  
POB 7346  
PHILADELPHIA, PA 19101-7346

MILLENIUM LABORATORIES  
16981 VIA TAZON  
SAN DIEGO, CA 92127-1645

MONEYTREE INC.  
POB 58363  
SEATTLE, WA 98138

MULTICARE
2600 NORTHLOOP WAY
SUITE 150
HOUSTON, TX 77002-8915


ONEMAIN
PO BOX 183122
COLUMBUS, OH 43218-3172


PFC
PO BOX 1686
GREELEY, CO 80632-1686


PROFESSIONAL FINANCE CO.
918 10TH ST.
GREELEY, CO 80631


PSC INC.
C/O RETACCO LAW OFFICES, INC.
30640 PACIFIC HWY. S.
SUITE C-1
FEDERAL WAY, WA 98003


PUGET SOUND COLLECTION
PO BOX 66995
TACOMA, WA 98464-6995


REV1 HOMES LIMITED
C/O ELLER FIRM PLLC
ATTEN: TRAVIS SCOTT ELLER
22525 SE 64TH PL. SUITE 278
ISSAQUAH, WA 98027


SENTRY CREDIT
2809 GRAND AVE.
EVERETT, WA 98201


SMILE BRANDS FINANCE, INC.
PO BOX 54288
IRVINE, CA 92619


SPRINGLEAF FINANCIAL
1309 AUBURN WAY N
AUBURN, WA 98002-4110

```
STATE COLLECTION SERVICE
2509 SOUTH STOUGHTON RD
PO BOX 6250
MADISON, WI 53716


TACOMA GENERAL HOSPITAL
315 MARTIN LUTHER KING JR. WAY
TACOMA, WA 98405


TRIMED AMBULANCE LLC
429 SW 41ST ST
RENTON, WA 98057
```